```
           IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                     HARRISON DIVISION
```

ROBERT D. JOHNSTON and
MELANIE K. JOHNSTON                                        PLAINTIFFS

       v.        Civil No. 06-3002

JASON BRISCO, et al.                                       DEFENDANTS

### O R D E R

Currently before the Court is plaintiffs' pro se **Motion to Strike Notice of Legal Counsel Melanie Winslow Hoover['s] Entry of Appearance for Non-Compliance with Federal Rules of Civil Procedure (Doc. 37).** The Court finds and orders as follows with respect thereto:

    1. Plaintiffs say that Ms. Hoover's notice of appearance is defective because the certificate of service shows that service of the notice was made upon "Robert D. and Melanie K. Johnston" jointly rather than upon separate plaintiff Robert D. Johnston and separate plaintiff Melanie K. Johnston. They do not contend that they did not receive Ms. Hoover's notice of appearance, rather, they merely take issue with the manner in which Ms. Hoover identified them on her certificate of service.

    2. Plaintiffs' contentions are without merit. Accordingly, plaintiffs' **Motion to Strike (Doc. 37)** is without merit and is **DENIED**.

    3. Plaintiffs shall have ten days from the date of this order in which to respond to the **Motion to Dismiss (Doc. 26)** and the **Motion to Quash (Doc. 31)** filed by Ms. Hoover on behalf of separate defendants Gordon Webb, John Putman, Gary Isbell, James Johnson, and Trish Smith.

IT IS SO ORDERED this 8th day of February 2006.

                                    /S/JIMM LARRY HENDREN
                                    JIMM LARRY HENDREN
                                    UNITED STATES DISTRICT JUDGE