IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ROBERT D. JOHNSTON and
MELANIE K. JOHNSTON                                              PLAINTIFFS

       v.        Civil No. 06-3002

JASON BRISCO, et al.                                             DEFENDANTS

### O R D E R

Currently before the Court is plaintiffs' pro se **Motion to Strike Notice of Legal Counsel D. Clifford Sward['s] Entry of Appearance for Non-Compliance with Federal Rules of Civil Procedure (Doc. 40).** The Court finds and orders as follows with respect thereto:

1. Plaintiffs say that Mr. Sward's notice of appearance is defective because the certificate of service shows that service of the notice was made upon "Robert D. and Melanie K. Johnston" jointly rather than upon separate plaintiff Robert D. Johnston and separate plaintiff Melanie K. Johnston. They do not contend that they did not receive Mr. Sward's notice of appearance but, rather, take issue with the manner in which Mr. Sward identified them on his certificate of service. Plaintiffs also say that neither the "records of the Arkansas Supreme Court nor the Arkansas bar have record of license to practice issued to a 'D.' Clifford Sward."

2. Mr. Sward is admitted to practice in this Court, a prerequisite for which is that he be properly licensed.

3. The Court, therefore, concludes that plaintiffs' **Motion to Strike (Doc. 40)** is without merit and should be **DENIED.**

IT IS SO ORDERED this 8th day of February 2006.

                                      /S/JIMM LARRY HENDREN
                                      JIMM LARRY HENDREN
                                      UNITED STATES DISTRICT JUDGE