```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    HARRISON DIVISION
```

ROBERT D. JOHNSTON and
MELANIE K. JOHNSTON                                    PLAINTIFFS

v.                            Civil No. 06-3002

JASON BRISCO, et al.                                   DEFENDANTS

## MEMO TO THE FILE

The above styled case is now assigned to the docket of the Hon. Robert T. Dawson due to the recusal of United States District Judge Jimm Larry Hendren.

Dated: April 10, 2006

                                    AT THE DIRECTION OF THE COURT
                                    CHRIS R. JOHNSON, CLERK

                                    /s/Gail Garner
                                    Gail Garner, Deputy Clerk