IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ROBERT D. JOHNSTON and
MELANIE K. JOHNSTON                                          PLAINTIFFS

    v.                Civil No. 06-3002

JASON BRISCO, *et al.*                                       DEFENDANTS

## **O R D E R**

On this 12th day of April 2006, there comes on for consideration the Motion to Strike Plaintiffs' Response to Separate Defendant Erwin L. Davis' Answer to Complaint. (Doc. #52). Rule 7(a) of the Federal Rules of Civil Procedure governs what type of pleadings are allowed and only permits a reply to a defendant's answer upon an order from the Court. The Court, being well and sufficiently advised in the premises, finds that the motion should be and hereby is GRANTED. Accordingly, the Court strikes Plaintiffs' Responses to Separate Defendant Erwin L. Davis' Answer to First Complaint (Doc. 49).

IT IS SO ORDERED.

                                          /s/ Robert T. Dawson
                                          Honorable Robert T. Dawson
                                          United States District Judge