```
IN THE UNITED STATES DISTRICT COURT
    WESTERN DISTRICT OF ARKANSAS
         HARRISON DIVISION
```

ROBERT D. JOHNSTON and
MELANIE K. JOHNSTON                                           PLAINTIFFS

V.                          06-CV-03002

JASON BRISCO, et. al.                                         DEFENDANTS

## ORDER

Currently before the Court is what Plaintiffs' have titled "Motion for all matters to [be] heard and litigated before Federal District Judge." On April 12, 2006, this Court referred separate defendants' Gordon Webb, John Putman, Gary Isbell, James Johnson, and Trish Smith motion to dismiss (Doc. 26.) as well as any other pretrial discovery motions that may subsequently be filed in this case to United States Magistrate Judge Beverly Stites Jones pursuant to 28 U.S.C. 636(b)(1) which does not require consent of the parties. Accordingly, Plaintiffs' motion is DENIED.

IT IS SO ORDERED this 11th day of May, 2006.

                                /s/Robert T. Dawson
                                Hon. Robert T. Dawson
                                United States District Judge