IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ROBERT D. JOHNSTON and
MELANIE K. JOHNSTON                                    PLAINTIFFS

v.                        CIVIL NO. 06-3002

JASON BRISCO, in his official
capacity as an officer of the
Harrison, Arkansas Police Department
and in his individual capacity;
et al.                                                 DEFENDANTS

## ORDER

Now on this 26th day of May 2006, there comes on for
consideration Plaintiffs' motion to strike (Doc. 64) Plaintiffs'
response and oppositions to the Magistrate Judge's report and
recommendation (Doc. 62) and Plaintiffs' memo brief in support of
response and oppositions to the Magistrate Judge's report and
recommendation (Doc. 63). The Court, being well and sufficiently
advised, finds that Plaintiffs' motion to strike (Doc. 64) is
GRANTED.

There comes on further for consideration the report and
recommendation filed herein on May 5, 2006, by the Honorable
Beverly Stites Jones, United States Magistrate Judge for the
Western District of Arkansas. (Doc. 61.) Plaintiffs filed
objections to the report and recommendations. (Doc. 65.)

The Court has reviewed this case de novo and, being well and
sufficiently advised, finds as follows: The report and
recommendation is proper and should be and hereby is adopted in its
entirety. Accordingly, Separate Defendants' Judge Gordon Webb,

Judge John Putman, Judge Gary Isbell, James Johnson, and Trish Smith motion to dismiss (Doc. 26) is GRANTED and the complaint against them is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

/s/Robert T. Dawson
Robert T. Dawson
United States District Judge