IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ROBERT D. JOHNSTON and
MELANIE K. JOHNSTON                                              PLAINTIFFS

V.                              06-CV-03002

JASON BRISCO, et. al.                                            DEFENDANTS

**ORDER**

Currently before the Court are Plaintiffs' motion to reconsider (Doc. 68) and Separate Defendants Gordon Webb, John Putman, Gary Isbell, James Johnson, and Trish Smith's response (Doc. 69). A motion to reconsider must give the Court reasons for changing its decision. *See Strato v. Ashcroft*, 388 F.3d 651 (8th Cir. 2004). There is no reason to grant such motion if it merely reiterates reasons that failed to convince the Court in the first place. *See id.* We find Plaintiffs' motion "merely reiterates" the arguments previously presented before the Court. Accordingly, Plaintiffs' motion to reconsider is DENIED.

IT IS SO ORDERED.

/S/Robert T. Dawson
Robert T. Dawson
United States District Judge