IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ROBERT D. JOHNSTON and
MELANIE K. JOHNSTON                                     PLAINTIFFS

V.                           06-CV-03002

JASON BRISCO, et. al.                                   DEFENDANTS

## ORDER

Currently before the Court is the motion to stay proceedings (Doc. 75) filed by Separate Defendants Jason Brisco and Lyle Smith, in their individual and official capacities. Separate Defendants move the Court to stay proceedings pending the outcome of Plaintiffs' appeal of the order dismissing Separate Defendants Judge Gordon Webb, Judge John Putman, Judge Gary Isbell, James Johnson, and Trish Smith (Doc. 66). Separate Defendants advised the Court that the remaining defendants do not oppose the motion, however, Plaintiffs do oppose the motion. Upon due consideration, the Court finds that the motion should be DENIED.

IT IS SO ORDERED this 14th day of July 2006.

/S/Robert T. Dawson
Robert T. Dawson
United States District Judge