IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ROBERT D. JOHNSTON and
MELANIE K. JOHNSTON                                    PLAINTIFFS

V.                          06-CV-03002

JASON BRISCO, et. al.                                  DEFENDANTS

## **ORDER**

Currently before the Court is the Motion to Stay Plaintiffs' "Order" for Rule 26(f) Conference Attendance in Little Rock, Arkansas, on July 27, 2006 or, alternatively, to Excuse Attendance at Said Conference filed by Separate Defendant Erwin L. Davis (Doc. 77). Upon due consideration, the Court finds that the motion should be GRANTED to the extent that Separate Defendant Erwin Davis is excused from attending the 26(f) Conference on July 27, 2006. If it becomes necessary to conduct another conference at a later date, the Court would entertain a motion to that effect.

IT IS SO ORDERED this 26th day of July 2006.

/S/Robert T. Dawson
Robert T. Dawson
United States District Judge