IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ROBERT D. JOHNSTON and
MELANIE K. JOHNSTON                                        PLAINTIFFS

V.                          06-CV-03002

JASON BRISCO, et. al.                                      DEFENDANTS

## ORDER

On July 28, 2006, Plaintiffs filed an application to proceed on appeal *in forma pauperis* (Doc. 79). Plaintiffs' notice of appeal was filed on June 22, 2006 (Doc. 71). On review of the application, the motion for leave to proceed *in forma pauperis* is hereby GRANTED.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Robert T. Dawson
United States District Judge