IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ROBERT D. JOHNSTON; and
MELANIE K. JOHNSTON                                                           PLAINTIFFS

        v.        Civil No. 06-3002

JASON BRISCO, in his official
capacity as an officer of the Harrison
Arkansas Police Department and in his
individual capacity; et al.,                                                          DEFENDANTS

**ORDER**

Before the court is the motion to quash filed by the plaintiffs (Doc. 99). In the motion, plaintiffs indicate they received a notice on September 19, 2006, from defense counsel Jason Owens setting their depositions for October 18, 2006, in the basement of the Boone County Courthouse.

Plaintiffs object to counsel not consulting them before scheduling the depositions. Plaintiffs also object to the need for oral depositions. Plaintiffs maintain the first amended complaint and exhibits are sufficient to establish the facts of the complaint.

Plaintiffs state they refuse under any circumstances to be ordered to appear in the basement or any other location in the Boone County Courthouse, or Harrison, Arkansas, or Boone County, Arkansas. They contend defense counsel has scheduled the depositions in the Boone County Courthouse merely to harass them. Plaintiffs allege they have suffered monumental injustices in Harrison and Boone County.

-1-

The motion to quash is denied. Rule 30(b)(1) of the Federal Rules of Civil Procedure provides that "[a] party desiring to take the deposition of any person upon oral examination shall give reasonable notice in writing to every other party to the action. The notice shall state the time and place for taking the deposition and the name and address of each person to be examined . . . . ." While it is preferable for there to be cooperation between the parties with respect to the scheduling of depositions, Rule 30 clearly allows the scheduling of depositions by notice.

With respect to the scheduling of the depositions in Boone County, the court notes this case was filed by the plaintiffs in the Harrison Division. Boone County is within the Harrison Division. Plaintiffs have named as defendants individuals employed by Boone County. There appears to be nothing improper about the scheduling of the depositions in Boone County.

IT IS SO ORDERED this 12th day of October 2006.

/s/ Beverly Stites Jones
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)