IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ROBERT D. JOHNSTON; and
MELANIE K. JOHNSTON                                          PLAINTIFFS

                    v.                    Civil No. 06-3002


JASON BRISCO, in his official
capacity as an officer of the Harrison
Arkansas Police Department and in his
individual capacity; et al.,                                  DEFENDANTS


## ORDER

Before the court is the motion for a court order to change the location of depositions

currently scheduled for October 18th at the Boone County Courthouse (Doc. 116). Plaintiffs

previously filed a motion to quash the notices of depositions (Doc. 99). The motion to quash

was denied by order entered on October 12, 2006 (Doc. 110).

Plaintiffs assert they believe their safety and liberty is at risk in Harrison and Boone

County. Plaintiffs indicate they attempted to reach an agreement with defendants' counsel to

relocate the depositions but were unable to do so.

The motion for a court order changing the location of the depositions is denied. Rule

30(b)(1) of the Federal Rules of Civil Procedure provides that "[a] party desiring to take the

deposition of any person upon oral examination shall give reasonable notice in writing to every

other party to the action. The notice shall state the time and place for taking the deposition and

the name and address of each person to be examined . . . . ." While it is preferable for there to

-1-

be cooperation between the parties with respect to the scheduling of depositions, Rule 30 clearly allows the scheduling of depositions by notice.

With respect to the scheduling of the depositions in Boone County, as the court previously noted, this case is pending in the Harrison Division of this court. Boone County is within the Harrison Division. Plaintiffs have named as defendants individuals employed by Boone County. There appears to be nothing improper about the scheduling of the depositions in Boone County.

IT IS SO ORDERED this 17th day of October 2006.


/s/ Beverly Stites Jones
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)