IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ROBERT D. JOHNSTON and
MELANIE K. JOHNSTON                                          PLAINTIFFS

V.                              06-CV-03002

JASON BRISCO, et. al.                                        DEFENDANTS

## ORDER

On this 9th day of November 2006, there comes on for consideration the Report and Recommendation filed in this case by the Honorable Beverly Stites Jones, United States Magistrate for the Western District of Arkansas. (Doc. 119). Plaintiffs have filed written objections to the Report and Recommendations. (Doc. 124).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The Report and Recommendation is proper and should be and hereby are adopted in its entirety. Accordingly, the motions to dismiss filed by Separate Defendants Johnny L. Nichols, Erwin L. Davis, Michael Dodson and Joseph Paul Smith (Docs. 87, 96 & 101) are GRANTED and Plaintiffs' claims against these Separate Defendants are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Robert T. Dawson
United States District Judge

AO72A
(Rev. 8/82)