IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ROBERT D. JOHNSTON and
MELANIE K. JOHNSTON                                    PLAINTIFFS

V.                           06-CV-03002

JASON BRISCO, et. al.                                  DEFENDANTS

## **ORDER**

Currently before the Court is the Motion to Quash Deposition of Sheriff Danny Hickman (Doc. 135) filed by the Boone County Defendants on November 27, 2006. On November 13, 2006, Plaintiffs faxed a letter and pleading to counsel for the Boone County Defendants noticing Sheriff Hickman for a deposition on Friday, December 8, 2006. Sheriff Hickman is scheduled to be out of town on that date, however, states that he can be made available for a deposition on another date agreed to by the parties. Further, the Boone County Defendants contend the deposition notice should be quashed as it is not in compliance with the Federal Rules of Civil Procedure.

The Court being well and sufficiently advised, finds that the motion (Doc. 135) is GRANTED and the deposition notice is quashed. Plaintiffs and counsel for Sheriff Hickman are advised to consult with each other to determine an agreed upon date for Sheriff Hickman's deposition. However, Plaintiffs are further advised that any deposition notice and/or subpoena must be in compliance with the Federal Rules of Civil Procedure.

IT IS SO ORDERED this 28th day of November 2006.

                                        /S/Robert T. Dawson
                                        Honorable Robert T. Dawson
                                        United States District Judge