IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ROBERT D. JOHNSTON and
MELANIE K. JOHNSTON                                  PLAINTIFFS

V.                          06-CV-03002

JASON BRISCO, et. al.                                DEFENDANTS

## ORDER

Currently before the Court is the Motion to Quash (Doc. 140) filed by Separate Defendants Jason Brisco, Lyle Smith and Paul Woodruff on November 30, 2006. On November 13, 2006, Plaintiffs faxed a pleading to counsel for Separate Defendants noticing Jason Brisco and Paul Woodruff for depositions on today's date, Monday, December 4, 2006. Separate Defendants contend they intended to appear for these depositions but anticipated difficulty in traveling to Fayetteville due to the weather, therefore, they filed this motion to quash. Separate Defendants state that they can be made available for a deposition on another date agreed to by the parties. Counsel for Separate Defendants advised the Court he mailed correspondence to Plaintiffs on November 30, 2006, advising them that he was moving to quash the deposition notice. However, it is unclear whether Plaintiffs received sufficient notice of Separate Defendants' intentions so as to avoid appearing for the depositions today.

The Court being well and sufficiently advised, finds that

the motion (Doc. 140) is GRANTED and the deposition notice is quashed.  However, counsel for Separate Defendants is ordered to consult with Plaintiffs today to determine an agreed upon date for the depositions and to promptly notify the Court once an agreement is reached.

    IT IS SO ORDERED this 4th day of December 2006.

                                        /S/Robert T. Dawson
                                        Honorable Robert T. Dawson
                                        United States District Judge