```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                  HARRISON DIVISION
```

ROBERT D. JOHNSTON and
MELANIE K. JOHNSTON                              PLAINTIFFS

V.                         06-CV-03002

JASON BRISCO, et. al.                            DEFENDANTS

## ORDER

Currently before the Court is Plaintiffs' Motion for Extension of Discovery Deadline (Doc. 144) and Motion for Court to Grant Immediate and Permanent Injunctive Relief (Doc. 143).

Plaintiffs request an extension of the discovery deadline to January 31, 2007. The Court, being well and sufficiently advised, finds that Plaintiffs' Motion (Doc. 144) should be and hereby is GRANTED, and the deadline to complete discovery is extended until January 31, 2007.

Plaintiffs further request an "order nullifying the arrest and conviction of Plaintiffs, ceasing all probation and parole requirements, expunging the record of any arrest, charges and conviction forever, fully restoring all of Plaintiffs' rights, and the immediate return of property seized." This is not at this point the appropriate forum for the relief Plaintiffs seek, and this case remains set for trial on April 9, 2007. It may be determined at that time whether Plaintiffs are entitled to any relief, and if so, the type of relief. Accordingly, Plaintiffs' Motion (Doc. 143) is DENIED.

Plaintiffs recite again that they are disadvantaged as they

AO72A
(Rev. 8/82)

"do not have full-time employment in a law office, have no support staff, and are not allowed to file electronically but must rely on mail service." Plaintiffs are reminded that they elected to proceed *pro se* in this litigation and are required to comply with the governing rules as are all parties.

IT IS SO ORDERED this 5th day of December 2006.

>                         /S/Robert T. Dawson
>                         Honorable Robert T. Dawson
>                         United States District Judge