IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ROBERT D. JOHNSTON and
MELANIE K. JOHNSTON                                      PLAINTIFFS

V.                          06-CV-03002

JASON BRISCO, et. al.                                    DEFENDANTS

## ORDER

On this 12th day of January 2007, there comes on for consideration the Report and Recommendation filed in this case by the Honorable Beverly Stites Jones, United States Magistrate for the Western District of Arkansas. (Doc. 148). Plaintiffs have filed written objections to the Report and Recommendations. (Doc. 156).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The Report and Recommendation is proper and should be and hereby are adopted in its entirety. Accordingly, the motion to dismiss (Doc. 90) filed by Separate Defendants Danny Hickman and Jason Day is GRANTED IN PART AND DENIED IN PART. Specifically, all claims asserted against Separate Defendants Hickman and Day under 42 U.S.C. §§ 1981, 1985, 1986, 1987, 1988 and RICO are DISMISSED WITH PREJUDICE. Plaintiffs' claims against Separate Defendants Hickman and Day under 42 U.S.C. § 1983 for false arrest/false imprisonment are barred by *Heck*. Plaintiffs' remaining claims under 42 U.S.C. § 1983 against Separate Defendants Hickman and

Day remain.  Further, the motions to dismiss (Docs. 92 & 113) filed by Separate Defendants Gordon Webb, John Putman, Gary Isbell, James Johnson, Christopher Carter, Trish Smith and Ronald Kincade are GRANTED and these Separate Defendants are DISMISSED from this action.

    IT IS SO ORDERED.

                                /s/ Robert T. Dawson
                                Robert T. Dawson
                                United States District Judge

**AO72A**
**(Rev. 8/82)**