```
        IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                  HARRISON DIVISION
```

ROBERT D. JOHNSTON and
MELANIE K. JOHNSTON                                PLAINTIFFS

V.                          06-CV-03002

JASON BRISCO, et. al.                              DEFENDANTS

## ORDER

Currently before the Court are Plaintiffs' Second Motion for Court to Grant Immediate and Permanent Injunctive Relief (Docs. 149-150); Plaintiffs' Motion for Court to Set Aside and Vacate Order (Docs. 151-53) and Separate Harrison Defendants' Response (Docs. 154-55); Plaintiffs' Motion for Judgment (Docs. 160-61) and Plaintiffs' Second Motion for Change of Trial Location (Docs. 162-63).

Plaintiffs again request an "order nullifying the arrest and conviction of Plaintiffs, ceasing all probation and parole requirements, expunging the record of any arrest, charges and conviction forever, fully restoring all of Plaintiffs' rights, and the immediate return of property seized." The Court previously denied Plaintiffs' request (Doc. 146) advising Plaintiffs that this is not at this point the appropriate forum for the relief Plaintiffs seek, and this case remains set for trial on April 9, 2007. It may be determined at that time whether Plaintiffs are entitled to any relief, and if so, the type of relief. Accordingly, Plaintiffs' Motion (Doc. 149) is DENIED, and the Court will consider imposing sanctions against

Plaintiffs if the same motion is filed a third time.

Plaintiffs move the Court to vacate and set aside its order of December 4, 2006 (Doc. 142) granting Separate Defendants Jason Brisco, Lyle Smith and Paul Woodruff's Motion to Quash. Plaintiffs had requested the appearance of these Separate Defendants for depositions on December 4, 2006. Separate Defendants filed their motion on November 30, 2006 requesting that the Court quash the deposition notice due to the threat of winter weather in the days preceding the depositions. The Court granted the motion to quash on December 4, 2006, but noted that it was "unclear whether Plaintiffs received sufficient notice of Separate Defendants' intentions so as to avoid appearing for the depositions...".

As evidenced by Plaintiffs' Motion, they were aware that Separate Defendants had moved to quash the depositions, but that they traveled to Fayetteville for the depositions as no order had yet been entered granting the motion to quash. Separate Defendants did not appear for the depositions but contend that Plaintiffs had adequate notice and time to cancel the court reporter and avoid the trip to Fayetteville. The Court finds that Plaintiffs' Motion (Doc. 151) should be DENIED. However, the Court may consider a motion for costs associated with Plaintiffs' attendance for the depositions if supported with proof of costs incurred by Plaintiffs.

Plaintiffs also move the Court for entry of default

judgment against Separate Defendants Gordon Webb, John Putman, Gary Isbell, James Johnson, Trish Smith, Christopher Carter, Ronald Kincade, Danny Hickman, and Jason Day (Doc. 160). Only Danny Hickman and Jason Day remain as Defendants in this action, and neither are in default. Accordingly, Plaintiffs' Motion (Doc. 160) is DENIED.

Finally, Plaintiffs again move this Court to change the trial location from Harrison to Fayetteville (Doc. 162). This same request was denied by this Court on December 6, 2006 (Doc. 147). Plaintiffs' Motion (Doc. 162) is DENIED. However, the Court would consider moving the trial to Fort Smith if all remaining parties agreed to do so. Otherwise, the trial will commence in Harrison as scheduled.

IT IS SO ORDERED this 12th day of January 2007.

/S/Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge