```
        IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                  HARRISON DIVISION
```

ROBERT D. JOHNSTON and
MELANIE K. JOHNSTON                                PLAINTIFFS

V.                        06-CV-03002

JASON BRISCO, et. al.                              DEFENDANTS

## ORDER

Now on this 1st day of March, 2007, there comes before the Court Plaintiffs' Bill of Costs (Doc. 176). On January 12, 2007, the Court advised it would consider a motion for costs associated with Plaintiffs' attendance for the scheduled depositions of Separate Defendants Jason Brisco, Lyle Smith and Paul Woodruff for which Separate Defendants failed to appear (Doc. 165).

The Court previously stated that it "is unclear whether Plaintiffs received sufficient notice of Separate Defendants' intentions so as to avoid appearing for the depositions...." (Doc. 142). The Court finds that Separate Defendants did not provide Plaintiffs with sufficient notice that Separate Defendants would not be available for the depositions on December 4, 2006. Accordingly, IT IS ORDERED that Plaintiffs' Bill of Costs be GRANTED IN PART AND DENIED IN PART.

It is further ORDERED that Plaintiffs should have and recover of and from Separate Defendants costs in the amount of $236.60. This amount includes the travel expenses, court reporter fees and any childcare expenses.

```
                              /s/Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge
```