```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    HARRISON DIVISION
```

ROBERT D. JOHNSTON and
MELANIE K. JOHNSTON                                    PLAINTIFFS


V.                           06-CV-03002


JASON BRISCO, et. al.                                  DEFENDANTS


## ORDER

Now on this 30th day of May 2007, there comes on for consideration the report and recommendation filed herein on May 8, 2007, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 213). Plaintiffs filed written objections to the report and recommendation (Doc. 220).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the motion for summary judgment filed by Separate Defendants Danny Hickman, Jason Day and Boone County (Doc. 170) is GRANTED with respect to all claims except Plaintiffs' claims that they were subjected to unconstitutional conditions of confinement while in the Boone County Jail. The motion is DENIED as to those claims. Further, the motion for summary judgment filed by Separate Defendants Jason Brisco, Lyle Smith and Paul Woodruff (Doc. 184) is GRANTED, and these Separate Defendants are DISMISSED.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

AO72A
(Rev. 8/82)