```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                  HARRISON DIVISION
```

ROBERT D. JOHNSTON and
MELANIE K. JOHNSTON                                PLAINTIFFS

V.                           06-CV-03002

DANNY HICKMAN, in his Official
Capacity as Boone County, Arkansas
Sheriff and in his Personal Capacity;
JASON DAY in his Official Capacity as
Boone County, Arkansas Deputy Sheriff/
Jail Administrator; and BOONE COUNTY,
ARKANSAS                                            DEFENDANTS

## O R D E R

Due to a conflict in the Court's schedule, this matter is removed from the June 11, 2007, trial docket and is reset for a jury trial during the week beginning **Monday, August 13, 2007 at 9:00 a.m. in Harrison, Arkansas.**  This Court's previous final scheduling order is adjusted in accordance with the new trial date regarding jury instructions and motions in limine.  The parties are directed to file amended pretrial disclosure sheets by **Friday, July 13, 2007,** based upon the Court's ruling on May 30, 2007 (Doc. 221).  The only claims remaining for trial are Plaintiffs' claims that they were subject to unconstitutional conditions of confinement in violation of the Eighth Amendment while they were imprisoned in the Boone County Jail.  Accordingly, testimony and evidence regarding any previously dismissed claims and/or defendants, while appropriate for an appeal, will not be permitted during the trial without a showing

by the proponent of the evidence that it is relevant to the Eighth Amendment claims of unconstitutional conditions of confinement.

IT IS SO ORDERED this 1st day of June 2007.

                                             /s/ Robert T. Dawson
                                             Honorable Robert T. Dawson
                                             United States District Judge

**AO72A**
**(Rev. 8/82)**