```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                       HARRISON DIVISION
```

ROBERT D. JOHNSTON and
MELANIE K. JOHNSTON                                      PLAINTIFFS

V.                           06-CV-03002

DANNY HICKMAN, in his Official
Capacity as Boone County, Arkansas
Sheriff and in his Personal Capacity;
JASON DAY in his Official Capacity as
Boone County, Arkansas Deputy Sheriff/
Jail Administrator; and BOONE COUNTY,
ARKANSAS                                                 DEFENDANTS

**ORDER**

On this 16th day of July 2007, there comes on for consideration Plaintiffs' Motion for Leave and Stay of Proceedings to Petition the United States Supreme Court for Extraordinary Writ (Doc. 223). Plaintiffs move the Court to stay all proceedings in this case so that they may petition the U.S. Supreme Court for an extraordinary writ to review various rulings made by this Court. Plaintiffs will have an opportunity to appeal this case once a final judgment has been entered. A stay is not appropriate, and Plaintiffs' Motion (Doc. 223) is DENIED. This matter remains set for a jury trial on Monday, August 13, 2007 at 9:00 a.m. in Harrison, Arkansas.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

AO72A
(Rev. 8/82)