```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                       HARRISON DIVISION


ROBERT D. JOHNSTON and
MELANIE K. JOHNSTON                                    PLAINTIFFS

V.                          06-CV-03002


DANNY HICKMAN, JASON DAY and
BOONE COUNTY, ARKANSAS                                 DEFENDANTS
```

### ORDER

On the 13th day of August, 2007, this matter came on for trial to a duly selected jury consisting of eight members, the Honorable Robert T. Dawson presiding. The trial continued until early afternoon when the case was submitted to the jury on interrogatories and a unanimous verdict was reached as to each interrogatory as follows:

**INTERROGATORY NO. 1**

(a)  ON THE UNCONSTITUTIONAL CONDITIONS OF CONFINEMENT CLAIM OF PLAINTIFF ROBERT JOHNSTON AGAINST DEFENDANT DANNY HICKMAN AS SET FORTH IN INSTRUCTION NO. 12, WE FIND IN FAVOR OF:

   DEFENDANT DANNY HICKMAN

**INTERROGATORY NO. 2**

(a)  ON THE UNCONSTITUTIONAL CONDITIONS OF CONFINEMENT CLAIM OF PLAINTIFF ROBERT JOHNSTON AGAINST DEFENDANT JASON DAY AS SET FORTH IN INSTRUCTION NO. 12, WE FIND IN FAVOR OF:

   DEFENDANT JASON DAY

**INTERROGATORY NO. 4**

(a)  ON THE UNCONSTITUTIONAL CONDITIONS OF CONFINEMENT CLAIM OF PLAINTIFF MELANIE JOHNSTON AGAINST DEFENDANT DANNY HICKMAN AS SET FORTH IN INSTRUCTION NO. 12, WE FIND IN FAVOR OF:

DEFENDANT DANNY HICKMAN

**INTERROGATORY NO. 5**

(a)  ON THE UNCONSTITUTIONAL CONDITIONS OF CONFINEMENT CLAIM OF PLAINTIFF MELANIE JOHNSTON AGAINST DEFENDANT JASON DAY AS SET FORTH IN INSTRUCTION NO. 12, WE FIND IN FAVOR OF:

DEFENDANT JASON DAY

Based upon the answers to these subparts of the interrogatories, the jury was instructed to disregard the remaining subparts of the interrogatories.[1]

IT IS ORDERED AND ADJUDGED in accordance with the answer to the above interrogatories and jury verdict, that the Plaintiffs take nothing on their complaint filed herein and the matter is DISMISSED WITH PREJUDICE.  All parties are to bear their respective costs and attorney's fees.

Dated this 14th day of August 2007.

/s/Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

---

[1] Based upon the answers to other interrogatories, the jury was not required to answer Interrogatory Nos. 3 and 6, however, the jury answered them in favor of Boone County.

AO72A
(Rev. 8/82)